**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Canus Construction, Inc.,                          Civil No. 06-4929 (RHK/AJB)

           Plaintiff,                               **ORDER**

vs.

Federated Department Stores, Inc., et al.,

           Defendants.

---

Upon the parties' Stipulation for Dismissal With Prejudice (Doc. No. 13), it is **ORDERED** that any and all claims in this matter are hereby **DISMISSED WITH PREJUDICE**, on the merits, and in their entirety, but without any award of costs or disbursements to any of the parties.

         **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 15, 2008

                                s/Richard H. Kyle
                                RICHARD H. KYLE
                                United States District Judge